UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff(s),          Civ. No.  CV-11-2356

                                                       **NOTICE OF**
                                                       **APPEARANCE**

                -against-

SIXTY SIX THOUSAND THREE HUNDRED AND
EIGHTY NINE DOLLARS ($66,389.00), IN UNITED
STATES CURRENCY ON DEPOSIT AT
PERFORMANCE AUTO MALL, CHAPEL HILL,
NORTH CAROLINA FOR THE PURCHASE OF ONE
2011 PORSCHE CAYENNE VIN NUMBER
WP1AA2A29BLA04965, AND ALL PROCEEDS
TRACEABLE THERETO;

THREE THOUSAND DOLLARS ($3,000.00) , IN
UNITED STATES CURRENCY ON DEPOSIT AT
PERFORMANCE AUTO MALL, CHAPEL HILL,
NORTH CAROLINA FOR THE PURCHASE OF ONE
2011 PORSCHE CAYENNE VIN NUMBER
WP1AA2A29BLA04965, AND ALL PROCEEDS
TRACEABLE THERETO;

THIRTY THOUSAND DOLLARS ($30,000.00), IN
UNITED STATES CURRENCY ON DEPOSIT WITH
TRACKER MARINE GROUP, SPRINGFIELD,
MISSOURI FOR THE PURCHASE OF TWO NITRO
290 SPORT BOATS, AND ALL PROCEEDS
TRACEABLE THERETO;

TWENTY THOUSAND ONE HUNDRED AND SIXTY-
SEVEN DOLLARS AND EIGHTY-EIGHT CENTS
($20,167.88) , ON DEPOSIT WITH TRACKER
MARINE GROUP, SPRINGFIELD, MISSOURI FOR
THE PURCHASE OF TWO NITRO 290 SPORT
BOATS, AND ALL PROCEEDS TRACEABLE
THERETO;

ONE 2011 BLACK PORSCHE CAYENNE,
VIN NUMBER WP1AA2A29BLA04965

ONE 2011 BLACK LEXUS MODEL 570,
VIN NUMBER JTJHY7AX4B4065605

ONE 2011 WHITE LEXUS MODEL 570,
VIN NUMBER JTJHY7AX7B4065498

ONE 2011 WHITE LEXUS MODEL 570,
VIN NUMBER JTJHY7AZ6B40666545; AND

ONE 2011 BLACK LEXUS MODEL 570,
VIN NUMBER JTJHY7AX1B4065707.

Defendant(s) In Rem.
------------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT, ALEKSANDR V. STOYANOV, a claimant herein, hereby appears in the above-captioned action by the undersigned attorneys and requests that copies of all papers served and/or filed in this case be served upon the undersigned attorneys at the address designated below.

Dated: November 16, 2011

_____
Alexander Perchekly-AP1434
Perchekly + Associates PC
301 Mineola Blvd
Mineola, New York 11501
aperchekly@litigation-law.com
Tele: 516-280-3508
Fax: 516-294-0870

## AFFIRMATION OF SERVICE

Alexander Perchekly, an attorney duly admitted to the practice of law before this Court, hereby affirms under the penalties of perjury:

I am over the age of 18 years old. I am not a party to the within action.

On November 16, 2011, I did serve the within notice of appearance on the counsel for plaintiff herein at the address designated for such service at

United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Att: Karen R. Hennigan

By depositing a true copy thereof in a prepaid package in a repository under the direct and sole control of the United States Postal Service.

Dated:  November 16, 2011
        Mineola, New York

_____
Alexander Perchekly, Esq.